UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.                                     Case No. 8:11-cv-02320-T-27AEP

JOSEPH P. CILLO,

    Defendant.
_____/

## ORDER

The Court has been advised by the mediator (Dkt. 22) that the above-styled action has been settled *contingent upon approval by the SEC*. Upon consideration, it is **ORDERED**:

(1) This matter is **STAYED** pending further order of the Court. On or before **December 1, 2012**, and on the first of each month thereafter, the parties shall file a brief report advising the Court as to the status of the proposed settlement.

(2) All pending motions are **DENIED** without prejudice to the ability of the parties to refile such motions as may be appropriate upon the lifting of the stay.

(3) The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case.

**DONE AND ORDERED** in chambers this 8th day of November, 2012.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of Record